ROBERT KNAPP, III v. PHILLIPS PETROLEUM CO.

June 29, 1973. Petition for certification denied. (See 123 *N. J. Super.* 26)

RITE AID OF NEW JERSEY, INC. v.
BOARD OF PHARMACY OF THE STATE OF NEW JERSEY.

June 29, 1973. Petition for certification denied. (See 124 *N. J. Super.* 62)

STATE OF NEW JERSEY v. GIACOMO J. DI NORSCIA.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DAVIS.

June 29, 1973. Petition for certification denied.

ROBERT GREGORY v.
NEW JERSEY STATE PAROLE BOARD.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH CARL ROMANO.

June 29, 1973. Petition for certification denied.